IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK OLIVER, JR. et al., <br><br> Plaintiffs, <br><br> v. <br><br> REBECCA RHYNHART, <br><br> Defendant. | CIVIL ACTION <br> NO. 18-279 |

## ORDER

**AND NOW**, this 21st day of August 2019, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 13), Plaintiffs' Response in Opposition to the Motion (Doc. No. 14), and Defendant's Reply in Further Support of the Motion (Doc. No. 18), it is **ORDERED** that Defendant's Motion for Summary Judgment (Doc. No. 13) is **GRANTED.** Judgment is entered in favor of Defendant. The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.